> Application for stay denied. The conference will proceed as scheduled.
>
> The Clerk is respectfully directed to terminate the pending motion sequence at Doc. 31.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  New York, New York
>         October 14, 2020

October 13, 2020

**Via E-File and E-Mail Courtesy Copy:**
**HalpernNYSDChambers@nysd.uscourts.gov**

Hon. Philip M. Halpern, U.S.D.J.
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

      Re:    **Stipe v. Combe Incorporated** – 7:19-cv-10360 - Joint Letter Motion

Dear Judge Halpern:

The undersigned submits this Letter Motion on behalf of both parties and with the consent of counsel for Plaintiffs, in the above-referenced matter. The parties submit this joint application to request a stay of discovery and all related deadlines, pending private mediation, until December 31, 2020. Counsel for the parties in related Just For Men® ("JFM") litigation pending before Judge Seibel in multiple cases, including a proposed class action (*Du Boc Ali v. Combe* (7:19-cv-08501)), as well as other cases (*Kaimathiri* (Case No. 7:19-cv-11894-CS-PED) and *Alexis* (Case No. 7:19-cv-10358-CS-PED)) have also moved Magistrate Davison for a similar stay, so that the parties can explore a global resolution of all JFM matters pending in the Southern District of New York.

Additionally, the parties request that the initial scheduling conference of October 22, 2020 be canceled.

The parties will report back to the Court by January 8, 2021 to request a conference, in the event the mediation is unsuccessful.

Thank you for your consideration of this matter.

                                Very truly yours,

                                Judi Abbott Curry

JAC:jlg

cc: Counsel for Plaintiff, via ECF